■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERTO L. DE LAMELA, Appellant.— Appeal (1) from a judgment of the County Court, Nassau County, convicting appellant of grand larceny in the first degree (2 counts) and sentencing him to serve 5 to 10 years on each count, the terms to run concurrently, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. (Code Crim. Pro., § 542.) No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ MARION C. TERRY et al., Respondents, v. SUR-SHANE REALTY CORP., Appellant, et al., Defendant.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from an order conditionally granting respondents' motion to relieve them of their default in serving a complaint. Order affirmed, with $10 costs and disbursements to appellant. While we do not find an improvident exercise of discretion by the Special Term in granting the motion, nonetheless, costs are allowed to appellant because respondents' default has retarded the prompt disposition of the action. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ ROSE VISCONTI, Respondent, v. JOSEPH VISCONTI, Appellant.— In an action for separation, the appeal is from an order making an award for temporary alimony and an additional counsel fee. Order reversed, without costs, and motion referred to the trial court. Under all the facts and circumstances set forth in the present papers the motion should have been referred to the trial court. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (December 22, 1958)

■ MICHAEL ANDREWS, Respondent, v. STYLIANI ANDREWS, Appellant.— Oral motion to dismiss appeal, made on call of calendar, granted, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.